et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the matter of 410 PARK AVENUE CORPORATION against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ COLUMBIA PICTURES CORPORATION v. AMANDA F. KADEL, as Executrix of JOHN KADEL, Deceased, et al.—Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ CROWN WORSTED MILLS, INC. v. NATHAN L. SHEINMAN et al.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin and McNally, JJ.

## (March 20, 1958)

■ JOHN E. MULHERN, Appellant, v. HELEN J. MULHERN, Respondent.— Order granting counsel fee and temporary alimony modified, on the facts, and in the exercise of discretion, to fix the counsel fee at $3,500, with leave, however, to defendant wife to apply to the trial court for a further allowance, and the order is otherwise affirmed, without costs to either party. Since the case is being held in a part ready for trial we do not disturb the fixation of temporary alimony. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

## (March 25, 1958)

■ CIVITA VITIELLO et al., Respondents, v. TULLY & DI NAPOLI, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ In the Matter of SALVATORE CINA, Petitioner, against CHARLES L. PATTERSON et al., Constituting the New York City Transit Authority, Respondents.— Determination of the respondent, New York City Transit Authority, unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ BALKAN DEMOLITION CO. INC., Respondent, v. YORKSHIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ BETTY MYERS, Appellant, v. JOHN MYERS, Respondent.— Judgment unanimously affirmed, without costs to either party. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ BETTY MYERS, Appellant, v. JOHN MYERS, Respondent.— Orders so far as appealed from affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ JOHN D. TRACY, Appellant, v. NEWSDAY, INC., et al., Respondents.— Order and judgment unanimously reversed on the law, and the motion denied, with costs to appellant. The allegedly libelous article stated that the police were unable to learn where Jerome and plaintiff had taken Jerome's luggage,